In the Matter of JOEL HAFTER, Appellant, against EAGLE FISH Co., INC., et al., Respondents.

Argued November 22, 1946; decided January 9, 1947.

*Meyer Kraushaar, David I. Kraushaar* and *Joseph D. Tar-lowe* for appellant.

*Edward Halle* and *Louis Halle* for respondents.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.